# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:03-cr-42-Orl-22LRH**

**CECIL RAWLS**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on June 23, 2020, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed June 17, 2020 by Probation Officer Seth Yates.

In the Petition, Probation Officer Seth Yates alleges the Defendant was in violation of:

- **Condition 7, Paragraphs 1, 2, 3 and 4**

Which states that the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by probation officer to determine the use of any controlled substance.

On February 20, 2020, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. Further, on February 26, 2020, the defendant verbally admitted he had used cocaine on or about February 19, 2020. On March 15, 2020, the National Testing Lab (NTL) confirmed the sample was positive for cocaine.

On February 20, 2020, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of marijuana. Further, on February 26, 2020, the defendant verbally admitted he had used marijuana on or about February 19, 2020. On March 15, 2020, the National Testing Lab (NTL) confirmed the sample was positive for marijuana.

On February 28, 2020, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. Further, on March 15, 2020, the National Testing Lab (NTL) confirmed the sample was positive for cocaine.

On May 28, 2020, the defendant provided a urine specimen which was analyzed and yielded positive results for the presence of cocaine. Further, on May 28, 2020, the defendant verbally admitted that he had "handled" cocaine but denied consuming.

The Defendant admitted violating the conditions as set forth in paragraphs 1, 2, 3 and 4 the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his Supervised Release should not be revoked.

The Defendant has been restored to probation supervision pending sentencing.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 23rd day of June, 2020.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
District Judge

2